UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO.: 3:22-cr-00040-FDW

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | **ORDER** |
| v. ) | |
| ) | |
| DARRYL FITZGERALD WHITESIDE ) | |
| ) | |

THIS MATTER is before the Court on the Government's Motion to Dismiss the Indictment, (Doc. No. 23). The Motion is GRANTED, and leave of Court is hereby granted for the dismissal of the Bill of Indictment in the above-captioned case.

The Clerk is directed to certify copies of this Order to the U.S. Probation Office, U.S. Marshals Service, Defense Counsel and the United States Attorney's Office.

IT IS SO ORDERED.

Signed: November 4, 2022

Frank D. Whitney
United States District Judge